# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): **Lorenia Buelna ; Sara Babuca Lucero , Parent of Minor Child "AE"; John Does 1-10 ; Jane Does 1-10** | **Defendant**(s): **Mark Dannels , Cochise County Sheriff; Cochise County Board of Supervisors ; Tony Estrada , Santa Cruz County Sheriff; Santa Cruz County Board of Supervisors ; Mark Brnovich , Arizona Attorney General; John Does 1-10 ; Jane Does 1-10 ; ABC Corporations 1-5 ; XYZ Partnerships 1-5** |
| County of Residence: Santa Cruz | County of Residence: Cochise |
| County Where Claim For Relief Arose: Cochise | |

Plaintiff's Atty(s):

**Homero Torralba (**Lorenia Buelna ; Sara Babuca Lucero , Parent of Minor Child "AE"; John Does 1-10 ; Jane Does 1-10 **)**
**Foley & Torralba**
4400 E. Broadway Blvd., Suite 811
Tucson, Arizona  85711
520-668-5417

Defendant's Atty(s):

**Daryl Audilett (**Mark Dannels , Cochise County Sheriff; Cochise County Board of Supervisors ; Tony Estrada , Santa Cruz County Sheriff; Santa Cruz County Board of Supervisors **)**
**Audilett Law PC**
335 N. Wilmot Suite 500
Tucson, Arizona  85711
520-748-2440

**Robert R. McCright , Assistant Attorney General (**Mark Brnovich , Arizona Attorney General**)**
**Office of the Arizona Attorney General**
416 W. Congress Street, Second Floor
Tucson, Arizona  85701
520-628-6504

**REMOVAL FROM COCHISE COUNTY, CASE #CV 202100227**

II. Basis of Jurisdiction:        3. Federal Question (U.S. not a party)

III. Citizenship of Principal

Parties **(Diversity Cases Only)**

        Plaintiff:- **N/A**
       Defendant:- **N/A**

IV. Origin :        **2. Removed From State Court**

V. Nature of Suit:      **440 Other Civil Rights**

VI. Cause of Action:     **42 USC § 1983; 8th Amendment; 14th Amendment; Inadequate Training and Supervision; State Wrongful Death**

VII. Requested in Complaint

      Class Action: **No**
      Dollar Demand:
      Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** /s/ Daryl Audilett

  **Date:** 05/20/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**