*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Cochise County Sheriff Mark Dannels,
and Santa Cruz County Sheriff Tony Estrada

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorenia Buelna, mother of the late Aaron Michael Estrada-Buelna; Sara Babuca Lucero, parent of "AE", minor child of the late Aaron Michael Estrada-Buelna;<br><br>Plaintiffs,<br><br>v.<br><br>Sheriff Mark Dannels, Cochise County Sheriff; Sheriff Tony Estrada, Santa Cruz County Sheriff;<br><br>Defendants. | NO. CV 21-00216-TUC-SHR<br><br>STIPULATION TO DISMISS WITH PREJUDICE<br><br>(The Honorable Scott H. Rash) |

    The parties stipulate to dismiss this lawsuit, with prejudice, each party to bear their own costs and fees.

    DATED this 7th day of September, 2022

    FOLEY & TORRALBA

    /s/ Homero Torralba
    _____
    Homero Torralba
    Attorney for Plaintiffs

*Buelna v Dannels, et al.*
US District Court No. CV 21-00216-TUC-SHR

*AUDILETT LAW PC*

/s/ Daryl Audilett
_____
Daryl A. Audilett
Attorney for Defendants Cochise County
Sheriff Mark Dannels, and Santa Cruz
County Sheriff Tony Estrada

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Homero Torralba, Esq.
Foley & Torralba
4400 E. Broadway Blvd., Suite 811
Tucson, AZ 85711
**Plaintiffs' Attorney**

By /s/ Karen Audilett